UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON SCOTT LAVERGNE (#424229)

VERSUS                                                CIVIL ACTION

N. BURL CAIN, ET AL                                   NUMBER 13-233-JJB-SCR

**RULING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

Before the court is the plaintiff's Motion For Summary Judgment.  Record document number 6.

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Warden N. Burl Cain, Warden Angie Norwood, Warden Darrell Vannoy and Warden Ken Norse.  Plaintiff alleged that the defendants have been deliberately indifferent to his serious medical needs in violation of his constitutional rights.

Specifically, the plaintiff alleged that he suffers from obstructive sleep apnea and has been prescribed continuous positive airway pressure therapy ("CPAP") which uses a machine to help him breathe more easily during sleep.  Plaintiff alleged that when he arrived at the state penitentiary in August 2012, he brought his CPAP machine with him.  Plaintiff alleged that he was placed in solitary confinement and was not permitted to use his CPAP machine. Plaintiff alleged that in March 2013, Dr. Collins told him that he was not permitted to have his CPAP machine in his cell because

security officials did not want an extension cord running to his cell.

On May 23, 2013, the plaintiff moved for summary judgment on grounds that the defendants have not responded to his complaint.

A review of the record showed that the defendants have not been served with the summons and complaint and have not made an appearance.[1]

Plaintiff's motion for summary judgment is premature. Once the parties have been served with the complaint, a scheduling order shall be issued setting discovery and dispositive motion deadlines.

Accordingly, the plaintiff's motion for summary judgment is denied without prejudice.

Baton Rouge, Louisiana, June 5, 2013.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA

[1] The United States Marshal has been appointed to serve the defendants. Record document number 12.