UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

BRANDON SCOTT LAVERGNE (#424229)

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 13-233-JJB-SCR

## RULING ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS

This matter is before the Court on a Motion (doc. 31) for Summary Judgment brought by the plaintiff, Brandon Scott Lavergne and a Motion (doc. 34) for Summary Judgment brought by defendants, N. Burl Cain, Angie Norwood, Darrell Vannoy, and Kenneth Norris. In the Report and Recommendations (doc. 52) of United States Magistrate Judge Stephen Riedlinger, dated May 12, 2014, the Magistrate Judge recommended that the plaintiff's Motion for Summary Judgment be denied, that the Defendants' Motion for Summary Judgment be granted, and this this action be dismissed. Subsequently, the plaintiff filed an Objection (doc. 53) to the Report and Recommendations.

The Magistrate Judge found that the plaintiff failed to identify a genuine dispute as to any material fact and found summary judgment for the defendants appropriate. The Court has considered the parties' arguments and the Report and Recommendation of United States Magistrate Judge Stephen Riedlinger. The Court finds that there is a genuine dispute as to material facts for trial.

After review, the Court hereby finds that there is a genuine issue for trial. Accordingly, the plaintiff's Motion (doc. 31) for Summary Judgment is DENIED and the defendants' Motion (doc. 34) for Summary Judgment is DENIED.

Baton Rouge, Louisiana, this 3rd day of June, 2014.

_____
JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA